

FILED
2/19/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

BI

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. |
| vs. | ) | |
| | ) | Violations: Title 18, United States |
| RAHIL MALIK | ) | Code, Section 2113(a) |
| | ) | |
| | ) | **INFORMATION** |

### COUNT ONE

The ACTING UNITED STATES ATTORNEY charges:

On or about October 25, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

RAHIL MALIK,

defendant herein, by intimidation, took from the person and presence of a bank employee approximately $11,750 in United States currency belonging to and in the care, custody, control, management, and possession of Fifth Third Bank, 8300 West Belmont Avenue, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## COUNT TWO

The ACTING UNITED STATES ATTORNEY further charges:

On or about December 4, 2023, at Lincolnwood, in the Northern District of Illinois, Eastern Division,

RAHIL MALIK,

defendant herein, by intimidation, took from the person and presence of a bank employee approximately $6,900 in United States currency belonging to and in the care, custody, control, management, and possession of U.S. Bank, 6677 North Lincoln Avenue, Lincolnwood, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## **COUNT THREE**

The ACTING UNITED STATES ATTORNEY further charges:

On or about April 9, 2024, at Chicago, in the Northern District of Illinois, Eastern Division,

RAHIL MALIK,

defendant herein, by intimidation, took from the person and presence of a bank employee approximately $58 in United States currency belonging to and in the care, custody, control, management, and possession of Citibank, 2801 West Devon Avenue, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## **COUNT FOUR**

The ACTING UNITED STATES ATTORNEY further charges:

On or about April 10, 2024, at Chicago, in the Northern District of Illinois, Eastern Division,

RAHIL MALIK,

defendant herein, by intimidation, did attempt to take from the person and presence of a bank employee, United States currency belonging to and in the care, custody, control, management, and possession of Chase Bank, 5687 South Archer Avenue, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## **FORFEITURE ALLEGATION**

The ACTING UNITED STATES ATTORNEY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 2113(a), as set forth in this Indictment, defendant shall forfeit to the United States of America any property which constitutes and is derived from proceeds obtained, directly and indirectly, as a result of the offense as provided in Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to: a personal money judgment in the amount of approximately $18,708.

3. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as provided in Title 21, United States Code, Section 853(p).

*Morris Pasqual* by SME
_____
ACTING UNITED STATES ATTORNEY